# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>AMY M. WOLF<br><br>Debtor | CASE NO: 05-38334<br>(Chapter 13)<br><br>JUDGE GUY R. HUMPHREY |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3971150**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| / 25 | CITIMORTGAGE INC<br>4740 121ST STREET<br>URBANDALE, IA  50323 | 71.48 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 9/1/2009

Certificate of Service   05-38334

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| AMY M. WOLF | DENNIS E STEGNER | (25.1) |
| 231 N. DOUGLAS AVE | 111 E CECIL ST | CITIMORTGAGE INC |
| SPRINGFIELD, OH  45503 | SPRINGFIELD, OH  45504 | 4740 121ST STREET |
| | | URBANDALE, IA  50323 |

(25.3)
JON J LIEBERMAN
LERNER SAMPSON ROTHFUSS
BOX 5480
CINCINNATI, OH  45201

    Jeffrey M. Kellner BY      ___/s/ Jeffrey M. Kellner_____   cs